UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS,<br>    *Defendant.* | CIVIL ACTION NO. 7:25-CV-00055-O |

### DEFENDANT STATE OF TEXAS'S NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

    This Notice of Appearance serves to alert the Court that Special Counsel Zachary Rhines will appear as lead counsel for Defendant, the State of Texas, in the above-captioned case along with counsel listed below. Mr. Rhines is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. His contact information is in the signature block below.

Dated: September 10, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

WADE A. JOHNSON
Special Counsel
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

COUNSEL FOR DEFENDANT,
THE STATE OF TEXAS

**CERTIFICATE OF SERVICE**

    Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on June 4, 2025, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

                                                */s/ Zachary L. Rhines*
                                                ZACHARY L. RHINES
                                                Special Counsel