UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF TEXAS,<br><br>        Defendant. | CIVIL No. 7:25-cv-00055<br><br>**Proposed Order and Final Consent Judgment** |

ORDER AND FINAL JUDGMENT

Before the Court is the Parties' **Joint Motion for Entry of a Consent Judgment**. ECF No. 5. Having considered the Motion, the Complaint, and applicable law, the Court GRANTS the Motion. Accordingly, the Court hereby **DECLARES** that the challenged provisions, Texas Education Code §§ 54.051(m), 54.052(a), as applied to aliens who are not lawfully present in the United States, violate the Supremacy Clause and are unconstitutional and invalid.

The Court also hereby **PERMANENTLY ENJOINS** Defendant as well as its successors, agents, and employees, from enforcing Texas Education Code § 54.051(m) and § 54.052(a), as applied to aliens who are not lawfully present in the United States.

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Clerk of the Court shall transmit a true copy of this judgment to the Parties.

SO ORDERED on this ___ day of _____ 2025.

                                                                                    _____
                                                                                     Reed C. O'Connor
                                                                                     United States District Judge