UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE OF TEXAS,<br><br>               Defendant, | Case No.: 7:25-cv-00055-O |

**[PROPOSED] ORDER**

The motion to intervene of Movant Students for Affordable Tuition (Dkt. 9) having come before this Court, and the Court having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, IT IS HEREBY ORDERED that:

(1) Movant's Motion to Intervene is GRANTED;

(2) Movant be entered as a Defendant-Intervenor and its counsel served with all relevant papers in the above-captioned action; and

(3) The Clerk of Court shall docket Movant's Answer to Plaintiff's Complaint, attached as Exhibit A to Movant's Motion to Intervene.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
Hon. Reed O'Connor
United States District Judge