UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:25-CV-00055-O |
| STATE OF TEXAS, | § § | |
| Defendant. | § § § | |

### ORDER GRANTING PROPOSED INTERVENORS' EMERGENCY MOTION TO INTERVENE

Before the Court is Proposed Intervenors La Unión del Pueblo Entero, Austin Community College, and Oscar Silva's Emergency Motion to Intervene ("Motion"). Having considered the Motion, the arguments of counsel, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Proposed Intervenors' Emergency Motion to Intervene is **GRANTED**; and

2. Proposed Intervenors may intervene as Defendants in this action, pursuant to any further orders from this Court.

**SO ORDERED.**

Signed this ___ day of ____, 2025.

_____
United States District Court Judge