UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:25-CV-00055-O |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PROPOSED INTERVENORS' EMERGENCY MOTION FOR RELIEF FROM JUDGMENT OR, IN THE ALTERNATIVE, MOTION TO ALTER OR AMEND JUDGMENT**

Before the Court is Proposed Intervenors La Unión del Pueblo Entero, Austin Community College, and Oscar Silva's Emergency Motion for Relief from Judgment or, in the Alternative, Motion to Alter or Amend Judgment ("Motion"). Having considered the Motion, the arguments of counsel, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Proposed Intervenors' Emergency Motion for Relief from Judgment or, in the Alternative, Motion to Alter or Amend Judgment is **GRANTED**;

2. The Order and Final Judgment dated June 4, 2025 (Dkt. 8) is hereby **VACATED**; and

3. The case shall be reopened for further proceedings.

**SO ORDERED.**

Signed this ___ day of ____, 2025.

_____
United States District Court Judge