UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 7:25-CV-00055-O |
| § | |
| STATE OF TEXAS, § | |
| § | |
| Defendant. § | |

**ORDER GRANTING PROPOSED INTERVENORS' EMERGENCY MOTION FOR STAY OF JUDGMENT**

Before the Court is Proposed Intervenors La Unión del Pueblo Entero, Austin Community College, and Oscar Silva's Emergency Motion for Stay ("Motion") of the Court's June 4, 2025 Order and Final Judgment (Dkt. 8), pending resolution of Proposed Intervenors' Emergency Motion to Intervene and Emergency Motion for Relief from Judgment or, in the Alternative, Motion to Alter or Amend Judgment. Having considered the Motion, the arguments of counsel, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Proposed Intervenors' Emergency Motion for Stay of Judgment is **GRANTED**; and

2. The Order and Final Judgment entered on June 4, 2025 (Dkt. 8) is **STAYED** in its entirety pending the final resolution of Proposed Intervenors' Emergency Motion to Intervene and Emergency Motion for Relief from Judgment or, in the Alternative, Motion to Alter or Amend Judgment, and any appeal thereof.

**SO ORDERED.**

Signed this ___ day of ____, 2025.

                                                                                                                                      _____
                                                                                                                                      United States District Court Judge