IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00055-O |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court are Austin Community College, Oscar Silva, and La Unión del Pueblo Entero's (collectively, "Proposed Intervenors") Emergency Motion to Intervene (ECF No. 16); Proposed Intervenors' Emergency Motion for Relief from Judgment (ECF No. 17); and Proposed Intervenors' Emergency Motion for Stay of Judgment (ECF No. 18). By no later than **June 30, 2025**, the United States and the State of Texas **SHALL** inform the Court whether the Court should expedite relief as to the above-mentioned Motions or adhere to a traditional briefing schedule.

**SO ORDERED** on this **25th day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1