IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00055-O |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Austin Community College, Oscar Silva, and La Unión del Pueblo Entero's (collectively, "Proposed Intervenors") Partially Unopposed Motion for Leave to Appear without Local Counsel (ECF No. 20), filed June 24, 2025.  Having considered the Motion, the arguments of counsel, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Proposed Intervenors' Partially Unopposed Motion or Leave to Appear Without Local Counsel is **GRANTED**; and

2. Counsel for Proposed Intervenors is permitted to proceed without local counsel in accordance with Local Rule 83.10(a).

**SO ORDERED** on this **25th day** of **June, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1