IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> STATE OF TEXAS § <br> Defendant. § | Civil Action No. 7:25-CV-00055-O |

### ORDER

Before the Court is Proposed Intervenor Students for Affordable Tuition's Unopposed Motion for Leave to Appear Without Local Counsel (ECF No. 26), filed June 25, 2025. Having considered the Motion, the arguments of counsel, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Proposed Intervenor Students for Affordable Tuition's Unopposed Motion for Leave to Appear Without Local Counsel is **GRANTED**; and

2. Counsel for Proposed Intervenor is permitted to proceed without local counsel in accordance with Local Rule 83.10(a).

**SO ORDERED** on this **26th day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1