IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00055-O |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court are Austin Community College, Oscar Silva, and La Unión del Pueblo Entero's (collectively, "Proposed Intervenors") Emergency Motion to Intervene (ECF No. 16); Proposed Intervenors' Emergency Motion for Relief from Judgment (ECF No. 17); and Proposed Intervenors' Emergency Motion for Stay of Judgment (ECF No. 18). The Court ordered the United States and the State of Texas to inform the Court whether Proposed Intervenors' Motions warrant expedited consideration. ECF No. 21.

Upon reviewing the briefing and responses, the Court hereby **DIRECTS** the United States and the State of Texas to file their Responses to Proposed Intervenors' Motion to Intervene (ECF No. 16) by no later than **July 14, 2025**. Proposed Intervenors may file their Reply by no later than **July 21, 2025**. Additionally, the Court **STAYS** briefing on Proposed Intervenors' Emergency Motion for Relief from Judgment (ECF No. 17) and Proposed Intervenors' Emergency Motion for Stay of Judgment (ECF No. 18) until after the Court has ruled on Proposed Intervenos' Motion to Intervene.

**SO ORDERED** on this **1st day** of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE