UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff* | CIVIL No. 7:25-cv-00055-O |
| v. | |
| **STATE OF TEXAS,** | |
| *Defendant.* | |

PROPOSED INTERVENORS' SECOND SUPPLEMENT TO APPENDIX IN SUPPORT OF EMERGENCY MOTION TO INTERVENE,
(1) EMERGENCY MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59 AND/OR FOR RELIEF UNDER RULE 60(b), and
(2) EMERGENCY MOTION FOR STAY OF FINAL JUDGMENT

Proposed Intervenors Austin Community College ("ACC"), La Unión del Pueblo Entero ("LUPE"), and Oscar Silva ("Silva") file this Second Supplement to Appendix in Support of the above-referenced motions.

| Ex. | Description | App. Pages |
|---|---|---|
| 19 | Declaration of Oscar Silva dated July 18, 2025 | 186--187 |
| 20 | Texas Higher Education Coordinating Board Memorandum to Chancellors and Presidents of Higher Education dated July 18, 2005 regarding Revised Affidavit with attachment | 188-190 |

Dated: July 21, 2025

Respectfully submitted,

*/s/ Andrés Correa*
Andrés Correa
Texas Bar No. 24076330
acorrea@lynnllp.com
Christopher Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Kyle A. Gardner
Texas State Bar No. 24116412
kgardner@lynnllp.com
Zhenmian Xu
Texas Bar No. 24135820
sxu@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

Kassandra Gonzalez (*pro hac vice*)
Texas Bar No. 24116439
kassandra@texascivilrightsproject.org
Molly Petchenik
Texas Bar No. 24134321
molly@texascivilrightsproject.org
Daniel Woodward (*pro hac vice*)
Texas Bar No. 24138347
danny@texascivilrightsproject.org
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile

Daniel Hatoum (*pro hac vice*)
Texas Bar No. 24099136
daniel@texascivilrightsproject.org
**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, TX 78516
(512) 474-5073 ext. 182 Telephone

(512) 474-0726 Facsimile

Efrén C. Olivares
Texas Bar No. 24065844
Federal Bar No. 1015826
olivares@nilc.org
Tanya Broder (pro hac vice)
California Bar. No. 136141
broder@nilc.org
Marlene Berroa Rodriguez (pro hac vice)
New York Bar No. 6208508
berroa@nilc.org
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, DC 20005-9997
(213) 674-2817 Telephone


David Donatti
Texas Bar No. 24097612
ddonatti@aclutx.org
Adriana Pinon
Texas Bar No. 24089768
apinon@aclutx.org
Edgar Saldivar
Texas Bar No. 24038188
esaldivar@aclutx.org
Sarah Corning
Texas Bar No. 24144442
scorning@aclutx.org
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

Joshua M. Salzman (*pro hac vice*)
D.C. Bar No. 982239
jsalzman@democracyforward.org
Brian D. Netter (*pro hac vice*)
D.C. Bar No. 979362
bnetter@democracyforward.org
Paul R.Q. Wolfson (*pro hac vice*)
D.C. Bar No. 414759
pwolfson@democracyforward.org
Skye L. Perryman (*pro hac vice*)
Texas Bar No. 24060411
sperryman@democracyforward.org

Simon C. Brewer (*pro hac vice*)*
CT Bar No. 441889
sbrewer@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090

*Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.

**ATTORNEYS FOR PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Andrés Correa*
Andrés Correa

# EXHIBIT 19

## DECLARATION OF OSCAR SILVA

I, Oscar Silva, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to the statements in this declaration.

2. I am a student enrolled at the University of North Texas ("UNT"). I am in a joint Bachelor's and Master's program. I expect to graduate in Spring 2026 with a B.S. in Economics and a B.S. and M.S. in Accounting.

3. I qualify for in-state tuition only because I meet the requirements of the Texas law commonly known as the Texas Dream Act. I can afford my education only because of the Texas Dream Act.

4. At the time I make this statement, if asked to provide documentation showing my lawful presence in the United States, I will not be able to provide such documentation to UNT.

5. It is my understanding that, because of the Consent Order, if I do not provide such documentation, I will be required to pay the out-of-state tuition rate. I would likely be forced to withdraw from UNT before completing my degree if I am charged the out-of-state rate.

*Oscar Silva*

Oscar Silva

Executed this 18th day of July 2025 in Denton, Texas

1

# EXHIBIT 20

**Texas Higher Education COORDINATING BOARD**

1801 N. Congress Ave., Suite 12.200
Austin, TX 78701
Mail: PO Box 12788, Austin, TX 78711-2788
Phone: 512-427-6101
Fax: 512-427-6127

[VACANT]
  CHAIR

Stacy A. Hock
  VICE CHAIR

S. Javaid Anwar
  SECRETARY OF THE BOARD

Lisa D. Cantu
  STUDENT REPRESENTATIVE

Richard L. Clemmer
Emma C. Nevarez
Juan J. Nevarez
Ashlie A. Thomas
Welcome Wilson, Jr.
Daniel O. Wong

Wynn Rosser, PhD
  COMMISSIONER OF HIGHER
  EDUCATION

# Memorandum

To:       Chancellors and Presidents of Public Institutions

From:     Wynn Rosser, PhD, Commissioner of Higher Education

Date:     July 18, 2025

Subject:  Revised Affidavit

Dear Chancellors and Presidents,

As you are aware, on June 4, 2025, a federal court entered an order enjoining the application of a Texas law that provided in-state "resident" tuition for students who are not U.S. citizens and may be unlawfully present in the United States. The Coordinating Board is in the process of amending its rules to comply with the court's order. In accordance with the court's order, the Coordinating Board will revise by rule the affidavit form currently located in Rule 21.25(a). Each institution may use the attached revised affidavit to establish the eligibility of a student who is not a U.S. citizen for resident tuition during the Fall 2025 semester, in compliance with Section 54.053(3) of the Texas Education Code, as limited by the court's order.


Attachment: [Revised Affidavit](Revised Affidavit)

c:   Institution Liaisons

    Sarah Keyton, Deputy Commissioner, Administration, THECB

    Nichole Bunker-Henderson, General Counsel, THECB

    Arby Gonzales, Assistant Commissioner, Internal Audit & Compliance, THECB

**AFFIDAVIT**

**STATE OF TEXAS**            §
                              §
                              §
**COUNTY OF** _____  §

Before me, the undersigned Notary Public, on this day personally appeared. _____, known to me, who being by me duly sworn upon his/her oath, deposed and said:

1. My name is _____. I am _____ years of age. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I graduated or will graduate from a Texas high school or received my State of Texas Certificate of High School Equivalency prior to the start of the term for which I am applying for admission.

3. I resided or will have resided in Texas for thirty-six months preceding graduation from a Texas high school or receiving my State of Texas Certificate of High School Equivalency.

4. I have resided or will have resided in Texas for the twelve-months immediately preceding the census date of the semester in which I will enroll in _____.
   (college/university)

5. I am able to demonstrate to the institution at which I seek to enroll that I am lawfully present in the United States.

6. I have filed or will file an application to become a permanent resident of the United States as soon as I am eligible to do so; and

7. I understand that it is a crime under section 37.10 of the Texas Penal Code to knowingly submit false information in this affidavit.

In witness whereof, this _____ day of _____, _____.

_____
(Signature)

_____
(Printed Name)

_____
(Student I.D. #)

_____
(Student Date of Birth)

**SUBSCRIBED TO AND SWORN TO BEFORE ME**, on the _____ day of _____, _____, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

App.-190