# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 7:25-cv-00055-O |
| STATE OF TEXAS, | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT EMERGENCY MOTION TO INTERVENE RECORD

Before this Court is Proposed Intervenoers La Unión del Pueblo Entero, Austin Community College, and Oscar Silva's Motion for Leave to Supplement Emergency Motion to Intervene Record ("Motion"). Having considered the Motion, the arguments of counsel, the record, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**SO ORDERED.**

Signed this _____ day of _____, 2025.

_____
United States District Court Judge