# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br>STATE OF TEXAS,<br><br>                Defendant,<br>and<br>STUDENTS FOR AFFORDABLE TUITION<br><br>                Defendant-Intervenor | Case No.: 7:25-cv-00055-O<br><br>**STUDENTS FOR AFFORDABLE TUITION'S ADVISORY TO THE COURT REGARDING NOTICE OF APPEAL DEADLINE** |

      Students for Affordable Tuition ("SAT") respectfully submits this advisory to inform the Court of a critical deadline that is dependent on the Court's ruling on SAT's pending Opposed Motion to Intervene. Dkt. 9. The deadline for SAT to file a notice of appeal is August 4, 2025. *See* Dkt. 8; Fed. R. Civ. P. 4(a)(B). Should the Court grant SAT's Opposed Motion to Intervene by August 4, 2025, SAT intends to file the notice of appeal that same day. However, if the Court has not issued an order by August 4, 2025, SAT intends to file a motion for extension of time to file a notice of appeal under Federal Rule of Appellate Procedure 4(a)(5)(A). SAT respectfully files this advisory notice to ensure the Court is fully apprised of the impending deadline and its relation to SAT's Opposed Motion to Intervene.

Dated: August 1, 2025

                                        Respectfully submitted,

                                        */s/ Fernando Nuñez*
                                        Fernando Nuñez (Cal. Bar No. 327390)^
                                        Thomas A. Saenz (Cal. Bar No. 159430)^
                                        Luis L. Lozada (Cal. Bar No. 344357)^
                                        MEXICAN AMERICAN LEGAL DEFENSE

AND EDUCATIONAL FUND
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
fnunez@maldef.org
llozada@maldef.org

Nina Perales (Tex. Bar No. 24005046)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205
Facsimile: (210) 224-5382
Email: nperales@maldef.org

*Attorneys for Students for Affordable Tuition*

^Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Fernando Nuñez*
Fernando Nuñez

2