IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | Civil Action No. 7:25-CV-00055-O |
| STATE OF TEXAS § | |
| Defendant. § | |

## ORDER

Before the Court is Proposed Intervenor Students for Affordable Tuition's ("SAT") Advisory to the Court Regarding Notice of Appeal Deadline (ECF No. 75), filed August 1, 2025. The Advisory informs the Court that absent an Order on SAT's pending Motion to Intervene by August 4, 2025, "SAT intends to file a motion for extension of time to file a notice of appeal under Federal Rule of Appellate Procedure 4(a)(5)(A)." ECF No. 75 at 1. Any party or Proposed Intervenor who will be opposed to SAT's motion for extension is **DIRECTED** to respond by no later than **1 PM on August 4, 2025**.

**SO ORDERED** on this **1st day** of **August, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1