UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br>STATE OF TEXAS,<br>　　　　　　Defendant,<br>and<br>STUDENTS FOR AFFORDABLE TUITION<br>　　　　　　Defendant-Intervenor | Case No.: 7:25-cv-00055-O<br><br>**STUDENTS FOR AFFORDABLE TUITION'S PROTECTIVE NOTICE OF APPEAL** |

Students for Affordable Tuition ("SAT") gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Final Consent Judgment entered into this action on June 4, 2025. Dkt. 8. SAT seeks to protect its right to appeal in the event that its Opposed Motion to Intervene is granted after the time to appeal the June 4, 2025 Order has run.

Dated: August 4, 2025

Respectfully submitted,

*/s/ Fernando Nuñez*
Fernando Nuñez (Cal. Bar No. 327390)^
Thomas A. Saenz (Cal. Bar No. 159430)^
Luis L. Lozada (Cal. Bar No. 344357)^
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
fnunez@maldef.org
llozada@maldef.org

Nina Perales (Tex. Bar No. 24005046)
MEXICAN AMERICAN LEGAL DEFENSE

1

AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, Texas 78205
Facsimile: (210) 224-5382
Email: nperales@maldef.org

*Attorneys for Students for Affordable Tuition*

*^Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Fernando Nuñez*
Fernando Nuñez
