UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL NO. 7:25-cv-00055-O |
| STATE OF TEXAS, | § § | |
| *Defendant*. | § § | |

### PROPOSED INTERVENORS' PROTECTIVE NOTICE OF APPEAL

Proposed Intervenors Austin Community College, Oscar Silva, and La Unión del Pueblo Entero (collectively, "Proposed Intervenors") respectfully give notice that they appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Final Consent Judgment entered into this action on June 4, 2025, Dkt. 8.

Proposed Intervenors seek to protect their right to appeal in the event that their Emergency Motion to Intervene is granted after the time to appeal the June 4, 2025 Order has run.

Dated: August 4, 2025                                Respectfully submitted,

/s/ *Andrés Correa*
Andrés Correa
Texas Bar No. 24076330
acorrea@lynnllp.com
Christopher Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Kyle A. Gardner
Texas State Bar No. 24116412
kgardner@lynnllp.com
Zhenmian Xu
Texas Bar No. 24135820
sxu@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

Kassandra Gonzalez (*pro hac vice*)
Texas Bar No. 24116439
kassandra@texascivilrightsproject.org
Molly Petchenik
Texas Bar No. 24134321
molly@texascivilrightsproject.org
Daniel Woodward (*pro hac vice*)
Texas Bar No. 24138347
danny@texascivilrightsproject.org
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile

Daniel Hatoum (*pro hac vice*)
Texas Bar No. 24099136
daniel@texascivilrightsproject.org
**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, TX 78516
(512) 474-5073 ext. 182 Telephone

(512) 474-0726 Facsimile

Efrén C. Olivares
Texas Bar No. 24065844
Federal Bar No. 1015826
olivares@nilc.org
Tanya Broder (*pro hac vice*)
California Bar. No. 136141
broder@nilc.org
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, DC 20005-9997
(213) 674-2817 Telephone

David Donatti
Texas Bar No. 24097612
ddonatti@aclutx.org
Adriana Pinon
Texas Bar No. 24089768
apinon@aclutx.org
Edgar Saldivar
Texas Bar No. 24038188
esaldivar@aclutx.org
Sarah Corning
Texas Bar No. 24144442
scorning@aclutx.org
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

Joshua M. Salzman (*pro hac vice*)
D.C. Bar No. 982239
jsalzman@democracyforward.org
Brian D. Netter (*pro hac vice*)
D.C. Bar No. 979362
bnetter@democracyforward.org
Paul R.Q. Wolfson (*pro hac vice*)
D.C. Bar No. 414759
pwolfson@democracyforward.org
Skye L. Perryman (*pro hac vice*)
Texas Bar No. 24060411
sperryman@democracyforward.org
Simon C. Brewer (*pro hac vice*)*
CT Bar No. 441889
sbrewer@democracyforward.org

**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090

*Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.

**ATTORNEYS FOR PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 4, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Andrés Correa*
Andrés Correa