UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. 7:25-cv-00055-O |
| **STATE OF TEXAS,** | § | |
| | § | |
| *Defendant.* | § | |

**PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO,
AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA'S
REQUEST FOR STATUS CONFERENCE**

Proposed Intervenors La Unión del Pueblo Entero ("LUPE"), Austin Community College ("ACC"), and Oscar Silva (collectively, "Proposed Intervenors") request a status conference to discuss the status of Proposed Intervenors' pending Emergency Motion to Intervene (Dkt. No. 16), as well as Proposed Intervenors' currently stayed Emergency Motion to Vacate (Dkt. No. 17) and Emergency Motion to Stay (Dkt. No. 18).

As outlined previously in the Emergency Motions, Proposed Intervenors and thousands of Texas students face rapidly approaching, irreparable harm. Across the State, the fall 2025 semester is set to begin in a matter of weeks. For example, ACC's fall 2025 semester begins August 25, 2025, less than three weeks from the date of filing this request. *See* ACC Academic Calendar, available at https://students.austincc.edu/calendars/academic-calendar/. Without an expeditious ruling on the Emergency Motions, the Court's June 4, 2025, Consent Order—obtained through collusion between the United States and Texas—will cause significant harm to institutions like Proposed Intervenor ACC, by reducing enrollment, retention, and revenue, and to students like

1

Proposed Intervenor Silva by forcing them to make potentially life-altering financial and educational decisions. Indeed, Silva's revised tuition bill is expected on August 14, 2025, fewer than ten days from the filing of this request. Dkt. No. 19, App. 137 (Ex 15, Decl. of Oscar Silva).

Emerging procedural issues warrant a status conference as well. On August 4, 2025, Proposed Intervenors, along with Students for Affordable Tuition ("SAT"), each filed Protective Notices of Appeal. *See* Dkt. Nos. 80, 81. As discussed in SAT's Advisory to the Court Regarding Notice of Appeal Deadline (Dkt. No. 75), which Proposed Intervenors joined (Dkt. No. 79), the deadline for the parties to file an appeal (including Proposed Intervenors) would have been August 4, 2025. Proposed Intervenors timely filed Rule 59 and 60 motions to toll the deadline for all parties to file an appeal, Fed. R. App. P. 4(a)(4)(A). Should the Court grant their motion to intervene, making them parties to this case, their notice of appeal will become effective upon disposition of these motions, *id.* R. 4(a)(4)(B)(i). Because the Court has not ruled on any of the intervening parties' Motions, however, SAT sought an extension of the original deadline; seeking to further evade meaningful judicial review, the United States and Texas both opposed. *See* Dkt. Nos. 77, 78.

Given the mounting procedural issues and rapidly approaching fall 2025 semester, Proposed Intervenors seek clarity on the status of (1) the pending Emergency Motions; (2) the requested appellate deadline extension; and (3) the Protective Notices of Appeal filed by SAT and Proposed Intervenors, respectively (Dkt. Nos. 80, 81). Proposed Intervenors therefore seek a status conference with the Court on the earliest available date. Proposed Intervenors further respectfully request that the Court grant their Motion to Intervene, set an expedited briefing schedule for their Emergency Motion to Vacate and Emergency Motion to Stay, and rule on those Motions by August 25, 2025.

Dated: August 6, 2025

Respectfully submitted,

*/s/ Andrés Correa*
Andrés Correa
Texas Bar No. 24076330
acorrea@lynnllp.com
Christopher Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Kyle A. Gardner
Texas State Bar No. 24116412
kgardner@lynnllp.com
Zhenmian Xu
Texas Bar No. 24135820
sxu@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

Kassandra Gonzalez (*pro hac vice*)
Texas Bar No. 24116439
kassandra@texascivilrightsproject.org
Molly Petchenik
Texas Bar No. 24134321
molly@texascivilrightsproject.org
Daniel Woodward (*pro hac vice*)
Texas Bar No. 24138347
danny@texascivilrightsproject.org
Zachary Dolling
zachary@texascivilrightsproject.org
Texas Bar No. 24105809
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile

Daniel Hatoum (*pro hac vice*)
Texas Bar No. 24099136
daniel@texascivilrightsproject.org

3

**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, TX 78516
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile

Efrén C. Olivares
Texas Bar No. 24065844
Federal Bar No. 1015826
olivares@nilc.org
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, DC 20005-9997
 (213) 674-2817 Telephone

David Donatti
Texas Bar No. 24097612
Adriana Pinon
Texas Bar No. 24089768
Edgar Saldivar
Texas Bar No. 24038188
Sarah Corning
Texas Bar No. 24144442
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
ddonatti@aclutx.org
apinon@aclutx.org
esaldivar@aclutx.org
scorning@aclutx.org


Joshua M. Salzman (*pro hac vice*)
D.C. Bar No. 982239
jsalzman@democracyforward.org
Brian D. Netter (*pro hac vice*)
D.C. Bar No. 979362
bnetter@democracyforward.org
Paul R.Q. Wolfson (*pro hac vice*)
D.C. Bar No. 414759
pwolfson@democracyforward.org
Skye L. Perryman (*pro hac vice*)
Texas Bar No. 24060411
sperryman@democracyforward.org
Simon C. Brewer (*pro hac vice*)*

4

CT Bar No. 441889
sbrewer@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090

*Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.

**ATTORNEYS FOR PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Andrés Correa*
Andrés Correa