IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS,<br><br>   *Defendant*. | Civil Action No. 7:25-cv-00055-O |

**JOINT RESPONSE TO INTERVENORS'
NOTICE OF REQUEST FOR STATUS CONFERENCE**

  Proposed Intervenors have requested a status conference to discuss their Emergency Motion to Intervene (ECF. No. 16), Emergency Motion to Vacate (ECH. No. 17), and Emergency Motion to Stay (Dkt. ECF. 18). ECF. No. 82. Because the Court has all the information it needs from the briefing in this case, a status conference is unnecessary. Consequently, the Court should deny this request.

  Each of the deadlines the Proposed Intervenors point to, including Austin Community College's class start date and Oscar Silva's tuition payment date have already been noted in the filings already before this Court. *See e.g.*, Dkt. No. 19, App. 137 (Ex. 15, Decl. of Oscar Silva). Proposed Intervenors, then, have no new information to present to the Court at the proposed status conference. Their deadlines have been repeatedly raised and their preferred timeline for when this Court should rule is well-established. Having the parties gather before this Court will do nothing to change that reality.

  Further, the Proposed Intervenors do not make a claim that further argument is necessary. The Court has the briefing and can make its decision. And contrary to the Proposed Intervenors' baseless allegation (Dkt. 82 at 2), the Parties do not seek to evade meaningful review. Notably, the Complaint outlined the clear preemption issue in the case (Dkt. 1), the Parties' motion for a consent

judgement reflects the Parties' meaningful assessment and agreement that the Texas law is expressly preempted by federal law (Dkt. 6), and the Court's Order and Final Judgment states the Court's judicial review and finding in declaring that "the challenged provisions, Texas Education Code §§ 54.051(m), 54.052(a), as applied to aliens who are not lawfully present in the United States, violate the Supremacy Clause and are unconstitutional and invalid." Dkt. 8. The Court should reject Proposed Intervenors' effort to rush the Court into making a decision in this case. As Proposed Intervenors state in their request, "the mounting procedural issues and rapidly approaching fall 2025 semester" led them to "seek clarity on the status of" their various motions before the Court. Dkt. 82 at 2. But because the Court is well aware of Proposed Intervenors' preferred timeline, a status conference would not benefit the Court, the Parties, or the Proposed Intervenors. The status of the three filings that the parties raise is clear: they are under consideration by the Court and the Court will make its decision in due time. In the interest of efficiency, Plaintiff, the United States, and Defendant, the State of Texas, respectfully request that the Court deny the Proposed Intervenor's request for a status conference.

Dated August 7, 2025

**Ken Paxton**
Attorney General

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Ryan D. Walters**
Deputy Attorney General for Legal Strategy

**Ryan G. Kercher**
Chief, Special Litigation Division

Respectfully Submitted,

*/s/ Zachary L. Rhines*
**Zachary L. Rhines**
Special Counsel
Texas Bar No. 24116957
Zachary.Rhines@oag.texas.gov

**Wade A. Johnson**
Special Counsel
Texas State Bar No. 24062197
Wade.Johnson@oag.texas.gov

**Office of the Attorney General of Texas**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

***Counsel for Defendant***

| | |
|---|---|
| CHAD MIZELLE<br>Acting Associate Attorney General<br>ABHISHEK S. KAMBLI<br>Deputy Associate Attorney General<br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>DREW C. ENSIGN<br>Deputy Assistant Attorney General | ELIANIS PEREZ<br>Assistant Director<br><br>*/s/ Lauren Fascett*<br>LAUREN FASCETT<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-3466<br>Fax: (202) 305-7000<br>Email: lauren.fascett@usdoj.gov<br><br>***Attorneys for Plaintiff, the United States*** |