# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 12, 2025

Ms. Tanya Broder
National Immigration Law Center
3450 Wilshire Boulevard
Number 108-62
Los Angeles, CA 90010

Mr. Andres Correa
Lynn Pinker Cox & Hurst, L.L.P.
2100 Ross Avenue
Suite 2700
Dallas, TX 75201

Mr. David A. Donatti
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Ms. Kassandra Gonzalez
Texas Civil Rights Project
P.O. Box 17757
Austin, TX 78760

Mr. Daniel Hatoum
Texas Civil Rights Project
Beyond Borders
1017 W. Hackberry Avenue
Alamo, TX 78516

Mr. Fernando Nunez
Mexican American Legal Defense & Educational Fund
634 S. Spring Street
11th Floor
Los Angeles, CA 90014

Mr. Efren Carlos Olivares
National Immigration Law Center
1121 14th Street NW
Suite 200
Washington, DC 20005

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
Suite 300
San Antonio, TX 78205


Mr. Edgar Saldivar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007


Mr. Joshua Marc Salzman
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043


     No. 25-10898     USA v. Students
            USDC No. 7:25-CV-55


Dear Counsel,

We have docketed the additional appeal filed and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed. R. App. P. and 5th Cir. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

All counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming all parties represented within 14 days from this date, see Fed. R. App. P. 12(b) and 5th Cir. R. 12. This form is available on our website www.ca5.uscourts.gov. Failure to electronically file this form will result in removing your name from our docket. Pro se parties are not required to file appearance forms.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

**Electronic Record on Appeal (EROA):** We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available. Counsel must be approved for

electronic filing and be listed as an attorney of record in the case before access will be granted. Instructions for accessing and downloading the EROA will be included in the notice you receive from the district court, but are also available here: http://www.ca5.uscourts.gov/docs/default-source/forms/instructions-for-electronic-record-download-feature-of-cm.

Please note that sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. You must file a motion in our court for access to sealed documents, which will be provided by the district court only upon the filing and granting of a motion by our court.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process. We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

ATTENTION: If you are filing Pro Se (without a lawyer) you can request to receive correspondence from the court and other parties by email and can also request to file pleadings through the court's electronic filing systems. Details explaining how you can request this are available on the Fifth Circuit website at http://www.ca5.uscourts.gov/docs/default-source/default-document-library/pro-se-filer-instructions. This is not available for any pro se serving in confinement.

**Special guidance regarding filing certain documents:**

General Order No. 2021-1, dated January 15, 2021, requires parties to file in paper highly sensitive documents (HSD) that would ordinarily be filed under seal in CM/ECF. This includes documents likely to be of interest to the intelligence service of a foreign government and whose use or disclosure by a hostile foreign government would likely cause significant harm to the United States or its interests. Before uploading any matter as a sealed filing, ensure it has not been designated as HSD by a district court and does not qualify as HSD under General Order No. 2021-1.

A party seeking to designate a document as highly sensitive in the first instance or to change its designation as HSD must do so by motion. Parties are required to contact the Clerk's office for guidance before filing such motions.

**Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc:
    Mr. Drew C. Ensign
    Ms. Lauren Elizabeth Fascett
    Ms. Karen S. Mitchell
    Mr. Ralph Michael Molina
    Mr. Zachary Louis Rhines
    Mr. Ryan Daniel Walters

Provided below is the court's official caption.  Please review the
parties listed and advise the court immediately of any
discrepancies.  If you are required to file an appearance form, a
complete list of the parties should be listed on the form exactly
as they are listed on the caption.

_____

Case No. 25-10898

_____

United States of America,

                    Plaintiff - Appellee

v.

State of Texas,

                    Defendant - Appellee


Students for Affordable Tuition; La Union del Pueblo Entero;
Austin Community College; Oscar Silva,

                    Movants - Appellants