UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL NO. 7:25-cv-00055-O |
| STATE OF TEXAS, | § § | |
| *Defendant.* | § § | |

**PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO,
AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA'S
REPLY IN SUPPORT OF REQUEST FOR STATUS CONFERENCE**

The United States and Texas (collectively, "the Parties") filed a joint opposition (Dkt. No. 84) to the request by Proposed Intervenors La Unión del Pueblo Entero ("LUPE"), Austin Community College ("ACC"), and Oscar Silva (collectively, "Proposed Intervenors") for a status conference (Dkt. No. 82). But they do not and cannot deny the imminent impact of this Court's Order adopting the parties' proposed consent judgment (Dkt. No. 8), which will significantly and adversely affect students and schools alike as they prepare for the impending fall semester. For example, Mr. Silva's tuition bill is due on August 14, and ACC's fall semester begins on August 25. Dkt No. 82 at 1–2. The United States and Texas also ignore the complexity introduced when Proposed Intervenors were forced to notice a protective appeal to preserve their rights to challenge the consent decree. *See* Dkt. No. 81. That appeal has now been docketed in the Fifth Circuit Court of Appeals as No. 25-10898. Given both the exigencies of the case and the new procedural complexities, a conference to clarify the status of Proposed Intervenors' three pending emergency motions is crucial. *See* Dkt. Nos. 16, 17, 18.

1

Proposed Intervenors have litigated in a manner consistent with the urgency of the case, while remaining respectful of this Court's need for an adequate opportunity to deliberate the important questions presented. Proposed Intervenors first sought emergency relief on June 24 and requested a ruling by July 11, in advance of issuance of anticipated guidance from the Texas Higher Education Coordinating Board. *E.g.*, Dkt. No. 18 at 22. When the Court stayed briefing on Proposed Intervenors' motions for an emergency stay and for vacatur of the consent decree pending resolution of the intervention motion (Dkt. No. 46), Proposed Intervenors requested the Court resolve the intervention question by August 1, 2025 (Dkt. 63 at 20). This request was designed to give Proposed Intervenors a meaningful opportunity to pursue a stay of the consent decree either in this Court or the Fifth Circuit before the start of the fall semester. Finally, in their recent request for a status conference, Proposed Intervenors respectfully asked that the Court rule on the three pending motions by August 25, the first day of ACC's fall semester. Dkt. No. 82 at 1–2.

Because a mere twelve days remain until the August 25 start of the fall semester, time is of the essence. Proposed Intervenors respectfully request that the Court schedule a status conference to provide guidance regarding the status of this litigation and the Court's continuing jurisdiction, or, in the alternative resolve the pending motions before that date. If Proposed Intervenors' emergency motion to stay remains unresolved on August 25, Proposed Intervenors will have no choice but to regard their motions as constructively denied and pursue emergency relief from the Fifth Circuit.

To conserve judicial resources and avoid the unnecessary initiation of appellate litigation, Potential Intervenors renew their request for a status conference to ascertain the status of the pending emergency motions.

Dated: August 14, 2025                                  Respectfully submitted,

/s/ *Andrés Correa*
Andrés Correa
Texas Bar No. 24076330
acorrea@lynnllp.com
Christopher Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Kyle A. Gardner
Texas State Bar No. 24116412
kgardner@lynnllp.com
Zhenmian Xu
Texas Bar No. 24135820
sxu@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile


Kassandra Gonzalez (*pro hac*)
Texas Bar No. 24116439
kassandra@texascivilrightsproject.org
Molly Petchenik
Texas Bar No. 24134321
molly@texascivilrightsproject.org
Daniel Woodward (*pro hac*)
Texas Bar No. 24138347
danny@texascivilrightsproject.org
Zachary Dolling
zachary@texascivilrightsproject.org
Texas Bar No. 24105809
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile

Daniel Hatoum (*pro hac*)
Texas Bar No. 24099136
daniel@texascivilrightsproject.org
**TEXAS CIVIL RIGHTS PROJECT**
1017 W. Hackberry Ave.
Alamo, TX 78516
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile


Efrén C. Olivares
Texas Bar No. 24065844
Federal Bar No. 1015826
olivares@nilc.org
Tanya Broder (*pro hac*)
California Bar. No. 136141
broder@nilc.org
Marlene Berroa Rodriguez (*pro hac*)
New York Bar No. 6208508
berroa@nilc.org
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, DC 20005-9997
 (213) 674-2817 Telephone


David Donatti
Texas Bar No. 24097612
Adriana Pinon
Texas Bar No. 24089768
Edgar Saldivar
Texas Bar No. 24038188
Sarah Corning
Texas Bar No. 24144442
**ACLU FOUNDATION OF TEXAS**
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
ddonatti@aclutx.org
apinon@aclutx.org
esaldivar@aclutx.org
scorning@aclutx.org

4

        Joshua M. Salzman (*pro hac*)
        D.C. Bar No. 982239
        jsalzman@democracyforward.org
        Brian D. Netter (*pro hac*)
        D.C. Bar No. 979362
        bnetter@democracyforward.org
        Paul R.Q. Wolfson (*pro hac*)
        D.C. Bar No. 414759
        pwolfson@democracyforward.org
        Skye L. Perryman (*pro hac*)
        Texas Bar No. 24060411
        sperryman@democracyforward.org
        Simon C. Brewer (*pro hac*)*
        CT Bar No. 441889
        sbrewer@democracyforward.org
        **DEMOCRACY FORWARD FOUNDATION**
        P.O. Box 34553
        Washington, D.C. 20043
        Tel: (202) 448-9090

        *Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.

        **ATTORNEYS FOR PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

        */s/ Andrés Correa*
        Andrés Correa