# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>vs.<br><br>STATE OF TEXAS,<br><br>                 Defendant,<br><br>and<br><br>STUDENTS FOR AFFORDABLE TUITION<br><br>                 Defendant-Intervenor | Case No.: 7:25-cv-00055-O<br><br>**STUDENTS FOR AFFORDABLE TUITION'S NOTICE OF APPEAL** |

Students for Affordable Tuition ("SAT") gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order denying SAT's Motion to Intervene, entered into this action on August 15, 2025. Dkt. 88.

Dated: August 16, 2025                                           Respectfully submitted,

                                                                     */s/ Fernando Nuñez*
                                                                       Fernando Nuñez (Cal. Bar No. 327390)^
                                                                       Thomas A. Saenz (Cal. Bar No. 159430)^
                                                                       Luis L. Lozada (Cal. Bar No. 344357)^
                                                                       MEXICAN AMERICAN LEGAL DEFENSE
                                                                       AND EDUCATIONAL FUND
                                                                       634 South Spring Street, 11th floor
                                                                       Los Angeles, CA 90014
                                                                       Facsimile: (213) 629-0266
                                                                       Email: tsaenz@maldef.org
                                                                       fnunez@maldef.org
                                                                       llozada@maldef.org

                                                                       Nina Perales (Tex. Bar No. 24005046)
                                                                       MEXICAN AMERICAN LEGAL DEFENSE
                                                                       AND EDUCATIONAL FUND
                                                                       110 Broadway, Suite 300

San Antonio, Texas 78205<br>
Facsimile: (210) 224-5382<br>
Email: nperales@maldef.org

*Attorneys for Students for Affordable Tuition*

*^Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Fernando Nuñez*
Fernando Nuñez