# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL NO. 7:25-cv-00055-O |
| STATE OF TEXAS, § | |
| § | |
| *Defendant.* § | |

## LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA'S NOTICE OF APPEAL

La Unión del Pueblo Entero ("LUPE"), Austin Community College ("ACC"), and Oscar Silva (collectively, "Proposed Intervenors") give notice that they appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order denying Proposed Intervenors' Emergency Motion to Intervene (Dkt. No. 16), Emergency Motion to Vacate (Dkt. No. 17), and Motion for Leave to Supplement (Dkt. No. 64), entered on August 15, 2025. Dkt. No. 88.

Dated: August 18, 2025

Respectfully submitted,

*/s/ Andrés Correa*
Andrés Correa
Texas Bar No. 24076330
acorrea@lynnllp.com
Christopher Patton
Texas Bar No. 24083634
cpatton@lynnllp.com
Yaman Desai
Texas Bar No. 24101695
ydesai@lynnllp.com
Kyle A. Gardner
Texas State Bar No. 24116412
kgardner@lynnllp.com
Zhenmian Xu
Texas Bar No. 24135820
sxu@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

Kassandra Gonzalez (*pro hac vice*)
Texas Bar No. 24116439
kassandra@texascivilrightsproject.org
Molly Petchenik
Texas Bar No. 24134321
molly@texascivilrightsproject.org
Daniel Woodward (*pro hac vice*)
Texas Bar No. 24138347
danny@texascivilrightsproject.org
Zachary Dolling
zachary@texascivilrightsproject.org
Texas Bar No. 24105809
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, TX 78760
(512) 474-5073 ext. 182 Telephone
(512) 474-0726 Facsimile

>Daniel Hatoum (*pro hac vice*)
>Texas Bar No. 24099136
>daniel@texascivilrightsproject.org
>**TEXAS CIVIL RIGHTS PROJECT**
>1017 W. Hackberry Ave.
>Alamo, TX 78516
>(512) 474-5073 ext. 182 Telephone
>(512) 474-0726 Facsimile
>
>Efrén C. Olivares
>Texas Bar No. 24065844
>Federal Bar No. 1015826
>olivares@nilc.org
>Tanya Broder (*pro hac vice*)
>California Bar. No. 136141
>broder@nilc.org
>Marlene Berroa Rodriguez (*pro hac vice*)
>New York Bar No. 6208508
>berroa@nilc.org
>**NATIONAL IMMIGRATION LAW CENTER**
>P.O. Box 34573
>Washington, DC 20005-9997
> (213) 674-2817 Telephone
>
>David Donatti
>Texas Bar No. 24097612
>Adriana Pinon
>Texas Bar No. 24089768
>Edgar Saldivar
>Texas Bar No. 24038188
>Sarah Corning
>Texas Bar No. 24144442
>**ACLU FOUNDATION OF TEXAS**
>P.O. Box 8306
>Houston, TX 77288
>(713) 942-8146
>ddonatti@aclutx.org
>apinon@aclutx.org
>esaldivar@aclutx.org
>scorning@aclutx.org
>
>Joshua M. Salzman (*pro hac vice*)
>D.C. Bar No. 982239
>jsalzman@democracyforward.org
>Brian D. Netter (*pro hac vice*)
>D.C. Bar No. 979362

bnetter@democracyforward.org
Paul R.Q. Wolfson (*pro hac vice*)
D.C. Bar No. 414759
pwolfson@democracyforward.org
Skye L. Perryman (*pro hac vice*)
Texas Bar No. 24060411
sperryman@democracyforward.org
Simon C. Brewer (*pro hac vice*)*
CT Bar No. 441889
sbrewer@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090

*Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.

**ATTORNEYS FOR PROPOSED INTERVENORS LA UNIÓN DEL PUEBLO ENTERO, AUSTIN COMMUNITY COLLEGE, AND OSCAR SILVA**

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

/s/ *Andrés Correa*
Andrés Correa