**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-CV-00055-O** |
| | § | |
| **STATE OF TEXAS** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On August 15, 2025, the Court denied Austin Community College, Oscar Silva, and La Unión del Pueblo Entero's (collectively, "LUPE Intervenors") Emergency Motion to Intervene (ECF No. 88). Accordingly, the LUPE Intervenors' Emergency Motion for Relief from Judgment (ECF No. 17) and Emergency Motion for Stay of Judgment (ECF No. 18) are **DENIED as moot**.

**SO ORDERED** on this **18th day** of **August, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1