IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-CV-00055-O |
| § | |
| STATE OF TEXAS § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is the Emergency Motion to Stay Pending Appeal (ECF No. 93), filed by Proposed Intervenors La Unión del Pueblo Entero ("LUPE"), Austin Community College ("ACC"), and Oscar Silva (collectively "Proposed Intervenors"). Proposed Intervenors request a ruling on this by August 25, 2025. In light of the request for expedited ruling, the Court directed any response in opposition to be filed by 3:00 pm August 25, 2025 (ECF No. 94). The parties to this litigation responded and oppose Proposed Intervenor's request (ECF No. 95).

For the reasons stated in the parties' response in opposition, Proposed Intervenor's Emergency Motion to Stay Pending Appeal is **DENIED.**

**SO ORDERED** on this **25th day** of **August, 2025**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE