# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 16, 2025
Lyle W. Cayce
Clerk

No. 25-10898

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

STATE OF TEXAS,

*Defendant—Appellee,*

STUDENTS FOR AFFORDABLE TUITION; LA UNION DEL PUEBLO ENTERO; AUSTIN COMMUNITY COLLEGE; OSCAR SILVA,

*Movants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:25-CV-55

_____

UNPUBLISHED ORDER

Before ELROD, *Chief Judge*, JONES and HIGGINSON, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Movants-Appellants' Opposed Motion for Stay Pending Appeal is DENIED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10898    USA v. Students  
                          USDC No. 7:25-CV-55

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa B. Courseault, Deputy Clerk  
504-310-7701

Mr. Andrew Marshall Bernie  
Ms. Marlene Nathalie Berroa Rodriguez  
Mr. Simon Christopher Brewer  
Ms. Tanya Broder  
Mr. William Francis Cole  
Mr. Andres Correa  
Mr. Yaman Desai  
Mr. Zachary Dolling  
Mr. David A. Donatti  
Mr. Drew C. Ensign  
Ms. Lauren Elizabeth Fascett  
Mr. Kyle Aaron Gardner  
Ms. Kassandra Gonzalez  
Mr. Daniel Hatoum  
Mr. Luis Leonardo Lozada  
Ms. Karen S. Mitchell  
Mr. Ralph Michael Molina  
Mr. Fernando Nunez  
Mr. Efren Carlos Olivares  
Mr. Christopher W. Patton  
Ms. Nina Perales  
Ms. Molly Petchenik  
Ms. Adriana Cecilia Pinon  
Mr. Nathaniel Anson Plemons  
Mr. Zachary Louis Rhines  
Mr. Thomas Andrew Saenz  
Mr. Edgar Saldivar  
Mr. Joshua Marc Salzman  
Mr. Daniel Bentele Hahs Tenny

```
Mr. Ryan Daniel Walters
Mr. Brian Wolfman
Ms. Zhenmian Xu
```