# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF TEXAS,<br><br>   Defendant. | CIVIL No. 7:25-cv-00055<br><br>**MOTION TO WITHDRAW APPEARANCE** |

Pursuant to Local Rules 7.1 and 83.12, Plaintiff hereby moves the Court to withdraw the appearance of Lauren E. Fascett as counsel for Plaintiff. Good cause supports this withdrawal, as Ms. Fascett is resigning from the U.S. Department of Justice, effective November 14, 2025, and is no longer handling this case. Other counsel of record from the U.S. Department of Justice continue to represent Plaintiff in this matter. The undersigned conferred with Defendant on November 14, 2025, and counsel for Defendant indicated Defendant does not oppose the withdrawal motion.

DATED: November 14, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

*/s/ Lauren E. Fascett*
LAUREN E. FASCETT
Senior Litigation Counsel
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3466

                Email: Lauren.Fascett@usdoj.gov
                *Counsel for Defendants*

## Certificate of Service

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on November 14, 2025, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

                */s/ Lauren E. Fascett*
                LAUREN E. FASCETT
                Senior Litigation Counsel
                Department of Justice, Civil Division
                Office of Immigration Litigation
                P.O. Box 868, Ben Franklin Station
                Washington, D.C. 20044
                Telephone: (202) 616-3466
                Email: Lauren.Fascett@usdoj.gov